UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **MICHAEL TEUFEL** aka MICK TEUFEL, : : : **Plaintiff,** : : v. : : **BOARD OF EDUCATION OF THE PRINCETON CITY SCHOOL DISTRICT,** *et al.*, : : : : **Defendants.** : | Case No. 1:12-cv-355 Judge Black **AGREED PERMANENT INJUNCTION** |

PURSUANT TO the Order of this Court granting Plaintiff's Motion for Summary Judgment (Doc. No. 35) and the agreement of the parties hereto, the Defendants, *viz.*, the Board of Education of the Princeton City School District and Steven Moore, are hereby permanently enjoined from:

> denying any resident of the Princeton City School District the right to speak during the course of the public comment portion of any regular meeting of the Princeton Board of Education based upon the viewpoint of the comments such individual makes or is anticipated to make during that portion of such meeting, so long as the resident otherwise complies with the rules of the Princeton Board of Education's policies governing the public comment portion of regular meetings.

The Court retains jurisdiction over the enforcement of this Permanent Injunction.

**IT IS SO ORDERED.**

Date: March 18, 2013                _s/ Timothy S. Black_____
                                    Timothy S. Black,
                                    United States District Judge

**Reviewed and Agreed:**

_s/ Christopher Finney_____        _s/ William M. Deters, II_____
Christopher P. Finney               William M. Deters II
*Counsel for Plaintiff*             *Counsel for Defendants*